884 A.2d 1259

STATE OF NEW JERSEY, PLAINTIFF–MOVANT, v. PORFIRIO JIMENEZ, DEFENDANT–RESPONDENT.

October 11, 2005.

ORDERED that the motion for leave to appeal is granted.